```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 12436
   ALICIA M RYAN
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-8396


-------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/04/05 and confirmed on 05/27/05.

   2.  The case was dismissed after confirmation, 01/04/2008.

   3.  The Debtor paid a total of $  11257.73 .

   4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG         .00          .00           .00
WELLS FARGO LOAN SERVICI   SECURED          4755.00       325.86       4755.00
ECAST SETTLEMENT CORPORA   UNSECURED        7870.45          .00        355.51
RESURGENT CAPITAL SERVIC   UNSECURED        4497.18          .00        203.14
PORTFOLIO RECOVERY ASSOC   UNSECURED         190.98          .00          8.64
ECAST SETTLEMENT CORPORA   UNSECURED        6296.63          .00        284.42
ECAST SETTLEMENT CORPORA   UNSECURED        8344.84          .00        376.94
RESURGENT CAPITAL SERVIC   UNSECURED        9686.24          .00        437.53
ECAST SETTLEMENT CORPORA   UNSECURED       20347.39          .00        919.09
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED        .00           .00
WOODRIDGE CONTRY CLUB CO   SECURED          1727.50          .00       1727.50
      Summary of disbursements:

-------------------------------------------------------------------------
                 SECURED      PRIORITY     UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6482.50         .00     57233.71        .00     63716.21
PRINCIPAL PAID      6482.50         .00      2585.27        .00      9067.77
INTEREST PAID        325.86         .00          .00        .00       325.86
TOTAL PAID          6808.36         .00      2585.27        .00      9393.63
The Debtor's attorney, ROBERT N HONIC                , was allowed $   2501.00
and was paid $   1100.00  direct and $   1401.00  through the plan.

The Trustee received $    463.10 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 04/11/08                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE












                              PAGE   2
      CASE NO. 05 B 12436 ALICIA M RYAN